IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HELEN SWARTZ,<br>              **Plaintiff,** | CIVIL ACTION |
| v. | |
| HYATT CORPORATION,<br>              **Defendant.** | NO.  18-3844 |

**O R D E R**

**AND NOW**, this 22nd day of January, 2019, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

**IT IS FURTHER ORDERED** that the Court **RETAINS** jurisdiction over the case for the purpose of enforcing the settlement.

**IT IS FURTHER ORDERED** that the Preliminary Pretrial Telephone Conference scheduled for January 24, 2019, is **CANCELLED**.

                                                            **BY THE COURT:**

                                                            /s/ Hon. Jan E. DuBois
                                                            _____
                                                                   DuBOIS, JAN E., J.